■ DANIEL H. OVERMYER, Appellant, v ELIOT REALTY, Respondent.—In an action, *inter alia,* to enjoin the enforcement of a judgment, plaintiff appeals from an order of the Supreme Court, Westchester County, entered

November 18, 1975, which, *inter alia,* directed dismissal of the complaint. Order reversed, on the law, without costs or disbursements, and motions for summary judgment denied. There are issues of fact in this case which require a plenary trial. Shapiro, J. P., Margett and O'Connor, JJ., concur; Cohalan, J., dissents and votes to affirm the order on the opinion of Mr. Justice Marbach at Special Term.